

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-15-00463-CV

**JBS CARRIERS, INC.** and James Lundry,
Appellants

v.

Trinette L. **WASHINGTON**, Sophia Renee Lenzy, Thomas Charles Lenzy, Individually, and as
Representatives of The State of Mary L. Turner, deceased,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13011
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellees' unopposed Motion for Briefing Schedule is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 2nd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court